478 A.2d 898

Commonwealth v. Diaab, etc., Appellant.

Reargument Denied Aug. 7, 1984.

Petition for Allowance of Appeal
Denied Nov. 5, 1984.

 Argued April 12, 1984.
John H. Moore, for appellant; Timothy J. Lucas, Assistant
District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

478 A.2d 71

Commonwealth v. Dilley, Appellant.

 Submitted April 16,
1984. David A. Whitney, for appellant; James A. Meyer,
District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.